**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**MICHAEL J. BERTIN and
CHRISTINA S. BERTIN,**

    **Defendants.**                           **Case No. 06-cv-583-DRH**

## ORDER

**HERNDON, District Judge:**

This Order serves to **ACKNOWLEDGE** plaintiff United States of America's Notice of Dismissal (Doc. 4), filed pursuant to **Federal Rule of Civil Procedure 41(a)**, as Defendants have not yet answered or otherwise entered their appearances in this case. As stated in the Government's Notice (Doc. 11), the case is hereby **DISMISSED WITH PREJUDICE** against defendants Michael J. Bertin and Christina S. Bertin.

**IT IS SO ORDERED.**

Signed this 11th day of October, 2006.

                                                    /s/       David RHerndon
                                                    **United States District Judge**